IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY SIMPSON, | 1:03-CV-5029 AWI LJO P |
| Plaintiff, | |
| vs. | |
| CLARE SOLIS, et al., | ORDER DISREGARDING MOTION |
| Defendants. | (DOCUMENT #53) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On September 26, 2005, plaintiff filed a motion for appointment of counsel. Insomuch as plaintiff's case was dismissed by this court on August 29, 2005, and plaintiff filed an appeal to the Court of Appeals for the Ninth Circuit on September 26, 2005, this motion is more properly brought before the Court of Appeals. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel is DISREGARDED by this court. IT IS SO ORDERED.

**Dated:** October 19, 2005         /s/ Lawrence J. O'Neill
b6edp0                    UNITED STATES MAGISTRATE JUDGE