# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY SIMPSON, | CV F 03 5029 AWI LJO P |
| Plaintiff, | |
| v. | ORDER STRIKING MOTION TO AMEND COMPLAINT FROM RECORD (Doc. 64.) |
| CLARE SOLIS, et. al., | |
| Defendants. | |

On November 20, 2006, this Court issued an Order addressing a letter filed by Plaintiff concerning his case and the dismissal of his appeal by the Ninth Circuit. In that Order, the Court made clear that this action was closed. Despite this, Plaintiff, on February 1, 2007, filed a Motion to Amend the Complaint asking that the Court allow him to amend his original complaint to add a claim that he should have included at the outset.

Plaintiff's Motion is improper. According to the Court docket, the Court granted Defendant's Motion for Summary Judgment and judgment was entered on August 29, 2005. . Should Plaintiff wish to litigate his newly found claim, he must file a new action. However, he may not continue to file Motions in a closed case.

Accordingly, the Court HEREBY ORDERS:

1. The Motion to Amend the Complaint is STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   February 20, 2007**            /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES DISTRICT JUDGE