UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY SIMPSON, | 1:03-cv-05029-AWI-LJO-P |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| vs. | |
| CLAIRE SOLIS, et al., | |
| Defendants. | |

Plaintiff, Shelby Simpson ("Plaintiff"), is a state prisoner proceeding pro se and in forma pauperis who filed a civil rights action pursuant to 42 U.S.C. § 1983.  On August 25, 2005, the court granted Defendants' motion for summary judgment and the Clerk of the Court entered judgment.  Plaintiff then appealed.  On October 10, 2006, the Ninth Circuit dismissed Plaintiff's appeal for lack of jurisdiction because one cause of action remained before this court.   On November 20, 2006, this court found, in response to a letter sent by Plaintiff, that no causes of action remain in this court.

The November 20, 2006 order, having found no cause of action remaining, constitutes a final order of this court.  Accordingly, the court orders that:

1. The Clerk of Court is DIRECTED to enter Judgment in accordance with this order; and
2. This order terminates this action in its entirety.

IT IS SO ORDERED.

Dated:   July 25, 2007              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE